

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
STEPHANIE IHLER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6223
Stephanie.Ihler@usdoj.gov

*Attorneys for the United States of America*

FILED.

DATED: 3:41 pm, July 22, 2021

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CLEOPHUS D. LESURE, <br><br> Defendant. | Case No.: 2:21-mj- 00619-DJA <br><br> **APPLICATION TO SEAL** |

COMES NOW the United States of America, by and through Christopher Chiou, Acting United States Attorney, and Stephanie Ihler, Assistant United States Attorney, respectfully moves this Honorable Court for an Order sealing the Complaint, this Application and the Court's Sealing Order, in the above-captioned matter, until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

It is necessary for the Complaint in this case to be sealed in light of the fact that it makes reference to information regarding an ongoing investigation. Public disclosure of the information in the Complaint might jeopardize the investigation because Defendant Cleophus Lesure is not yet in custody. Lesure is charged with violations of Title 18, United States Code, Section 922(a)(1)(A), Engaging in the Business of Dealing in Firearms Without a License, Title 18, United States Code,

1

1  Section 922(o), Illegal Possession of a Machine Gun, and Title 26, United States Code, Section
2  5861(f), Making of a Firearm in Violation of the National Firearms Act (Machine Gun). More
3  specifically, it is alleged that Lesure has been manufacturing machine guns at his residence and
4  selling them to undercover agents. Agents are intending to arrest Lesure at his residence on Friday
5  morning. Accordingly, there is reason to believe that the disclosure of the information contained
6  within the Complaint—specifically that he has been selling machine guns to under cover law
7  enforcement agents—will jeopardize the investigation, including by giving Defendant Lesure an
8  opportunity to flee, destroy or tamper with evidence, or change patterns of behavior.

9        To facilitate Lesure's arrest, the Government respectfully requests that this Court grant the
10 Government's motion and seal the Complaint in this case, as well as this Motion and the Court's
11 Order on this Motion.

12       DATED this 22nd day of July, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Stephanie Ihler
_____
STEPHANIE IHLER
Assistant United States Attorney

2

FILED.
DATED: 3:41 pm, July 22, 2021
U.S. MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CLEOPHUS D. LESURE,

    Defendant.

Case No. 2:21-mj-00619-DJA

**ORDER TO SEAL**

Based on the pending Application of the Government, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the Complaint, the Government's Application and this Court's Sealing Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 22nd day of July, 2021.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3