RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Cleophus D. Lesure

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CLEOPHUS D. LESURE,<br><br>    Defendant. | Case No. 2:21-cr-00217-JCM-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Cleophus D. Lesure, that the Revocation of Pretrial Release Hearing currently scheduled on June 14, 2022, be vacated and continued to a date and time convenient to the Court, but not to exceed thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be out of the district for a training.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation of pretrial release hearing.

2  DATED this 7th day of June, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| /s/ Jawara Griffin<br>By_____<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | /s/ Bianca R. Pucci<br>By_____<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CLEOPHUS D. LESURE,<br><br>  Defendant. | Case No. 2:21-cr-00217-JCM-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation of pretrial release hearing currently scheduled for Tuesday, June 14, 2022 at 10:00 a.m., is vacated and continued to July 19, 2022, at 10:00 a.m.

DATED: June 8, 2022.

_____
UNITED STATES MAGISTRATE JUDGE