RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Cleophus D. Lesure

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>CLEOPHUS D. LESURE,<br><br>      Defendant. | Case No. 2:21-cr-00217-JCM-BNW<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Cleophus D. Lesure, that the Change of Plea Hearing currently scheduled on March 13, 2023 at 10:00 am, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel is currently out sick with COVID-19.
2. The defendant is out of custody and agrees with the need for the continuance.
3. The parties agree to the continuance.

This is the first request for a continuance of the change of plea hearing.

DATED this 13th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Jawara Griffin*<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ *Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLEOPHUS D. LESURE,<br><br>　　　　Defendant. | Case No. 2:21-cr-00217-JCM-BNW<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for Monday, March 13, 2023 at 10:00 a.m., be vacated and continued to **March 31, 2023, at 10:00 a.m.**; or to a time and date convenient to the court.

　　　DATED March 13, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3